therefore, unauthorized. The judgment and orders appealed from should be reversed, with costs, and the motion for summary judgment denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ. Judgment and orders reversed, with costs, and motion for summary judgment denied, with ten dollars costs.

———

HARRY BINE, Suing as HARRY BIRNS, v. MOLLY BINE, Sued as MOLLY BIRNS.— Motion to dismiss appeal granted with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VICTOR M. EICHORN, an Infant, etc., v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE MCGINLEY, as Administratrix, etc., v. ARNOLD ROTHSTEIN, Impleaded, etc.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES MORTGAGE AND TRUST COMPANY and Another, as Executors, etc., of JENNIE W. MCCARRON v. AMBROSIA G. MCCARRON.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax on the Estate of CAROLINE MATHER JACKSON, Deceased. ARTHUR W. BINGHAM v. NEW YORK STATE TAX COMMISSION.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN FARSON.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SUMMIT FINANCE CORPORATION v. JEMM REALTY CO., INC., Impleaded, etc.— Motion granted on condition that appellant procure said appeal to be brought on for argument on the 11th day of June, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL A. SUGAR v. JACOB NARZISENFELD.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL MCKENZIE v. ERIE RAILROAD COMPANY.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings, etc., to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased. — Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDITH M. DORNBUSCH v. LOUIS C. DORNBUSCH.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE GARDNER, as Sole Surviving Administrator, etc., of ELIZABETH M. GARDNER, Deceased, for a Judicial Construction of the Last Will and Testament of BLANCHE A. THOMPSON, Deceased.—

Preference granted for October 5, 1926.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings, etc., to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased.— Preference granted for October 5, 1926.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILSON & CO. v. NEW YORK VEAL AND MUTTON COMPANY.— Motion granted as indicated in order.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCIS JOSEPH MARRIN v. MARTENA MONROE (Also Known as MARTENA WATT) and ABRAHAM MONROE.— Motion denied, with ten dollars costs, and injunction contained in order to show cause vacated.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HAROLD HOPKINSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding of the jury on the issue of probable cause is against the weight of the evidence.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

HERBERT SMALL, Suing on Behalf of Himself, etc., Respondent, v. EMPIRE TRUST COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES THOMPSON & CO., INC., Appellant, v. WILLIAM R. BERRYMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAROLINA NEWMAN, Appellant, v. FREDERICK W. HAMBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX COHEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA SMITH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of AMERICAN TRADING COMPANY, to Vacate Award in Arbitration Proceedings between AMERICAN TRADING COMPANY, Appellant, and CRAWFORD, HAMMOND & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of AMERICAN TRADING COMPANY, to Vacate Award in Arbitration Proceedings between AMERICAN TRADING COMPANY, Appellant, and CRAWFORD, HAMMOND & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTHA CONVERY, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.